UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LAUREN K. MURPHY,
on behalf of herself and on behalf
of all others similarly situated,

    Plaintiff,

v.                                                        Case No.:

GANDY SNF LLC,
S MANHATTAN AVE LLC,
and MICHAEL BLEICH,
AN INDIVIDUAL, d/b/a
GANDY CROSSING CARE CENTER,

    Defendants.
_____/

## DEFENDANTS' NOTICE OF REMOVAL

Defendants GANDY SNF LLC and S MANHATTAN AVE LLC ("Defendants"), under Local Rule 4.02 and 28 U.S.C. Sections 1331, 1441, and 1446, remove this action to the United States District Court for the Middle District of Florida, Tampa Division. Defendants remove this action filed by Plaintiff, Lauren K. Murphy ("Plaintiff"), from the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida.[1] The grounds for the removal are as follows:

    1.     On or about April 14, 2020, Plaintiff filed a civil action in the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, which was assigned case number 20-CA-3283. In her Complaint, Plaintiff alleges that Defendants violated Plaintiff's rights under the Fair Credit Reporting Act, 15 U.S.C. §1681 *et seq.* ("FCRA").

---

[1] Plaintiff did not serve the Complaint upon the third Defendant, Michael Bleich.

2. Because Plaintiff has asserted claims under the FCRA, this action is within the original federal question jurisdiction of the United States District Court pursuant to 28 U.S.C. Section 1331.

3. Plaintiff served her Complaint on Defendants on April 20, 2020. As such, this Notice is filed within 30 days after service of the Complaint and is therefore timely pursuant to 28 U.S.C. Section 1446(b).

4. Copies of all process, pleadings, orders, and other papers or exhibits of every kind on file in the state court are attached to this Notice as Exhibit "A" as required by 28 U.S.C. § 1446(a) and Local Rule 4.02.

5. Pursuant to 28 U.S.C. § 1446(d), Defendants have provided written notice of the removal to all adverse parties in this action and have filed a copy of this Notice in the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida.

6. The United States District Court for the Middle District of Florida, Tampa Division, includes the judicial county in which Plaintiff filed her Complaint. Thus, removal is proper to this Court pursuant to 28 U.S.C. § 1441(a).

WHEREFORE, Defendants respectfully request that the United States District Court for the Middle District of Florida, Tampa Division, accept the removal of this action from the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida and direct that the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, has no further jurisdiction of this matter unless and until this case is remanded.

Date: May 19, 2020.

        Respectfully submitted,

        **JACKSON LEWIS P.C.**

        */s/ Ashwin R. Trehan*
        Ashwin R. Trehan
        Florida Bar No. 0042675
        ashwin.trehan@jacksonlewis.com
        denise.dawson@jacksonlewis.com
        tampadocketing@jacksonlewis.com
        Emily C. Ayvazian
        Florida Bar No. 1005563
        emily.ayvazian@jacksonlewis.com
        denise.dawson@jacksonlewis.com
        tampadocketing@jacksonlewis.com
        Wells Fargo Center
        100 South Ashley Drive, Suite 2200
        Tampa, Florida 33602
        Telephone:   (813) 512-3210
        Facsimile:   (813) 512-3211
        *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 19th day of May, 2020, a true and correct copy of *Defendants' Notice of Removal* was electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send notice to all counsel of record: Patrick K. Elliot, Esq., elliotp@employmentandconsumerlaw.com; 100 S. Ashley Drive, Suite 600, Tampa, Florida 33602 .

        */s/ Ashwin R. Trehan*
        Attorney

4832-7633-4012, v. 1