## FORM 1.997. CIVIL COVER SHEET

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting <u>data</u> pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

**I.   CASE STYLE**

IN THE CIRCUIT COURT OF THE <u>THIRTEENTH</u>   JUDICIAL CIRCUIT,
IN AND FOR <u>HILLSBOROUGH</u>   COUNTY, FLORIDA

Case No.:_____
Judge: _____

<u>Lauren K. Murphy</u>
 Plaintiff
           vs.
<u>Gandy SNF LLC, S MANHATTEN AVE LLC, MICHAEL BLEICH</u>
Defendant

**II.   AMOUNT OF CLAIM**
   Please indicate the estimated amount of the claim rounded to the nearest dollar $<u>30,000</u>

**III.   TYPE OF CASE**   (If the case fits more than one type of case, select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

- ☐ Condominium
- ☐ Contracts and indebtedness
- ☐ Eminent domain
- ☐ Auto negligence
- ☐ Negligence – other
  - ☐ Business governance
  - ☐ Business torts
  - ☐ Environmental/Toxic tort
  - ☐ Third party indemnification
  - ☐ Construction defect
  - ☐ Mass tort
  - ☐ Negligent security
  - ☐ Nursing home negligence
  - ☐ Premises liability – commercial
  - ☐ Premises liability – residential
- ☐ Products liability
- ☐ Real Property/Mortgage foreclosure
  - ☐ Commercial foreclosure
  - ☐ Homestead residential foreclosure
  - ☐ Non-homestead residential foreclosure
  - ☐ Other real property actions
- ☐ Professional malpractice
  - ☐ Malpractice – business
  - ☐ Malpractice – medical

- ☐ Malpractice – other professional
- ☒ Other
  - ☐ Antitrust/Trade Regulation
  - ☐ Business Transaction
  - ☒ Circuit Civil - Not Applicable
  - ☐ Constitutional challenge-statute or ordinance
  - ☐ Constitutional challenge-proposed amendment
  - ☐ Corporate Trusts
  - ☐ Discrimination-employment or other
  - ☐ Insurance claims
  - ☐ Intellectual property
  - ☐ Libel/Slander
  - ☐ Shareholder derivative action
  - ☐ Securities litigation
  - ☐ Trade secrets
  - ☐ Trust litigation
- ☐ County Civil
  - ☐ Small Claims up to $8,000
  - ☐ Civil
  - ☐ Replevins
  - ☐ Evictions
  - ☐ Other civil (non-monetary)

# COMPLEX BUSINESS COURT

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

**IV.**     **REMEDIES SOUGHT** (check all that apply):
☒  Monetary;
☒  Non-monetary declaratory or injunctive relief;
☒  Punitive

**V.**      **NUMBER OF CAUSES OF ACTION:**
(Specify)

<u>2</u>

**VI.**     **IS THIS CASE A CLASS ACTION LAWSUIT?**
☒ Yes
☐ No

**VII.**    **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
☒ No
☐ Yes – If "yes" list all related cases by name, case number and court:

<u>None</u>

**VIII.**   **IS JURY TRIAL DEMANDED IN COMPLAINT?**
☒ Yes
☐ No

---

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature:   <u>s/ Patrick K. Elliott</u>
Attorney or party
FL Bar No.:  <u>1000970</u>
(Bar number, if attorney)
<u>Patrick K. Elliott</u>
(Type or print name)
Date:  <u>04/14/2020</u>

**IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT**
**IN AND FOR HILLSBOROUGH COUNTY, FLORIDA**
**CIRCUIT CIVIL DIVISION**

**LAUREN K. MURPHY,**

    **Plaintiff,**

    **v.**                          **CASE NO.:**

**GANDY SNF LLC,**
**S MANHATTAN AVE LLC,**
**and MICHAEL BLEICH,**
**AN INDIVIDUAL, d/b/a**
**GANDY CROSSING CARE CENTER**
    **Defendant.**
_____/

**NOTICE OF DESIGNATION OF E-MAIL**
**ADDRESSES FOR SERVICE OF COURT DOCUMENTS**

    Plaintiff, Lauren K. Murphy ("Plaintiff"), by and through undersigned counsel, hereby files

this Notice of Designation of E-Mail Addresses for Service of Court Documents under Florida

Rule of Judicial Administration 2.516(b)(1)(A), and designates the following e-mail addresses to

be used for service of all court filings in this action:

    elliottp@employmentandconsumerlaw.com;
    assistant@employmentandconsumerlaw.com;
    eservice@employmentandconsumerlaw.com.

    Dated on April 14, 2020.

                     Respectfully submitted,

                     */s/ Patrick K. Elliott*
                     **PATRICK K. ELLIOTT**
                     Florida. Bar Number: 1000970
                     **THE LAW OFFICE OF PATRICK K. ELLIOTT, PLLC**
                     100 S. Ashley Drive, Suite 600
                     Tampa, FL 33602
                     Direct Dial: (813) 379-3090
                     Facsimile:   (813) 433-5126

Email: elliottp@employmentandconsumerlaw.com
Email: assistant@employmentandconsumerlaw.com
***Attorney for Plaintiff***

4/14/2020 12:06 PM Electronically Filed: Hillsborough County/13th Judicial Circuit Page 2

**IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
CIVIL DIVISION**

LAUREN K. MURPHY,
**on behalf of herself and on behalf
of all others similarly situated,**

     **Plaintiffs,**

     v.                                   **CASE NO.:**

**GANDY SNF LLC, and
S MANHATTAN AVE LLC, and
MICHAEL BLEICH, an individual, d/b/a
GANDY CROSSING CARE CENTER,**

     **Defendants.**
_____/

## REQUEST FOR DIVISION ASSIGNMENT

This is a request base on local Administrative Order(s) for the Clerk of the Court to assign the above styled case in the

   **X**    Tampa Division

   ___    East Division

   ___    Prior Division (Please indicate Case Number and Division of Previously filed action: _____ )

I understand that the actual division assignment will be in accordance with the Hillsborough County Administrative Orders. If there is no supported request for specific division assignment, this action will be assigned a division based on random and equitable distribution system.

     **PATRICK K. ELLIOTT**
     Florida. Bar Number: 1000970
     **THE LAW OFFICE OF PATRICK K. ELLIOTT, PLLC**
     100 S. Ashley Drive, Suite 600
     Tampa, FL 33602
     Direct Dial: (813) 379-3090
     Facsimile: (813) 433-5126
     Email: elliottp@employmentandconsumerlaw.com
     Email: assistant@employmentandconsumerlaw.com

IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
CIRCUIT CIVIL DIVISION

LAUREN K. MURPHY,

      **Plaintiff,**

      **v.**                                      **CASE NO.:**

GANDY SNF LLC,
S MANHATTAN AVE LLC,
and MICHAEL BLEICH,
AN INDIVIDUAL, d/b/a
GANDY CROSSING CARE CENTER,
      **Defendant.**
_____/

## SUMMONS

**THE STATE OF FLORIDA**:
To Each Sheriff of the State:

      **YOU ARE HEREBY COMMANDED** to serve this Summons, the Civil Cover Sheet, the Designation of Email Address and a copy of the Complaint on defendant:

**GANDY SNF LLC**
c/o Corporation Service Company, Registered Agent
1201 Hays Street
Tallahassee, FL 32301

      Each defendant is required to serve written defenses to the complaint or petition on Patrick K. Elliott, plaintiff's attorney, whose address is The Law Office of Patrick K. Elliott, PLLC, 100 S. Ashley Drive, Suite 600, Tampa, FL 33602 within 20[1] days after the service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

Dated April 14, 2020

| | |
|---|---|
| /s/ Patrick K. Elliott | **PAT FRANK** |
| Printed: Patrick K. Elliott | As Clerk of the Court |

---

1 Except when suit is brought pursuant to section 768.28, Florida Statutes, if the State of Florida, one of its agencies, or one of its officials or employees sued in his or her official capacity is a defendant, the time to be inserted as to it is 40 days. When suit is brought pursuant to section 768.28, Florida Statutes, the time to be inserted is 30 days.

| Attorney for Plaintiffs | |
|---|---|
| Address: The Law Office of Patrick K. Elliott, PLLC | |
| 100 S. Ashley Drive, Suite 600 | By:_____ |
| Tampa, FL 33602 | As Deputy Clerk |
| Florida Bar No. : 1000970 | (813) 276-8100 |

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator, Hillsborough County Courthouse, 800 E. Twiggs Street, Room 604, Tampa, Florida 33602, (813) 272-7040, at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing impaired call 711.**

**IMPORTANT**

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book). If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named in the documents.

**IMPORTANTE**

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica. Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

**IMPORTANT**

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant à l'annuaire de telephones). Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

## IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
## IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
## CIRCUIT CIVIL DIVISION

**LAUREN K. MURPHY,**

    **Plaintiff,**

    **v.**                               **CASE NO.:**

**GANDY SNF LLC,**
**S MANHATTAN AVE LLC,**
**and MICHAEL BLEICH,**
**AN INDIVIDUAL, d/b/a**
**GANDY CROSSING CARE CENTER,**
    **Defendant.**

_____/

## SUMMONS

**THE STATE OF FLORIDA**:
To Each Sheriff of the State:

    **YOU ARE HEREBY COMMANDED** to serve this Summons, the Civil Cover Sheet, the Designation of Email Address and a copy of the Complaint on defendant:

### S MANHATTAN AVE LLC
c/o Corporation Service Company, Registered Agent
1201 Hays Street
Tallahassee, FL 32301

    Each defendant is required to serve written defenses to the complaint or petition on Patrick K. Elliott, plaintiff's attorney, whose address is The Law Office of Patrick K. Elliott, PLLC, 100 S. Ashley Drive,  Suite 600, Tampa, FL 33602 within 20[1] days after the service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on plaintiff's attorney or immediately thereafter.  If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

Dated April 14, 2020

| /s/ Patrick K. Elliott | **PAT FRANK** |
|---|---|
| Printed: Patrick K. Elliott | As Clerk of the Court |

---

1 Except when suit is brought pursuant to section 768.28, Florida Statutes, if the State of Florida, one of its agencies, or one of its officials or employees sued in his or her official capacity is a defendant, the time to be inserted as to it is 40 days.  When suit is brought pursuant to section 768.28, Florida Statutes, the time to be inserted is 30 days.

| | |
|---|---|
| Attorney for Plaintiffs<br>Address: The Law Office of Patrick K. Elliott, PLLC<br>100 S. Ashley Drive, Suite 600<br>Tampa, FL 33602<br>Florida Bar No. : 1000970 | By:_____<br>As Deputy Clerk<br>(813) 276-8100 |

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator, Hillsborough County Courthouse, 800 E. Twiggs Street, Room 604, Tampa, Florida 33602, (813) 272-7040, at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing impaired call 711.**

## IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book). If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named in the documents.

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica. Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

## IMPORTANT

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones). Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

- 3 -

**IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
CIRCUIT CIVIL DIVISION**

**LAUREN K. MURPHY,**

     **Plaintiff,**

     **v.**                                 **CASE NO.:**

**GANDY SNF LLC,
S MANHATTAN AVE LLC,
and MICHAEL BLEICH,
AN INDIVIDUAL, d/b/a
GANDY CROSSING CARE CENTER,**
     **Defendant.**
_____/

**<u>SUMMONS</u>**

**THE STATE OF FLORIDA**:
To Each Sheriff of the State:

     **YOU ARE HEREBY COMMANDED** to serve this Summons, the Civil Cover Sheet, the Designation of Email Address and a copy of the Complaint on defendant:

**MICHAEL BLEICH**
4610 South Manhattan Ave.
Tampa, FL 33611

     Each defendant is required to serve written defenses to the complaint or petition on Patrick K. Elliott, plaintiff's attorney, whose address is The Law Office of Patrick K. Elliott, PLLC, 100 S. Ashley Drive, Suite 600, Tampa, FL 33602 within 20[1] days after the service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

Dated April 14, 2020

| | |
|---|---|
| /s/ Patrick K. Elliott | **PAT FRANK** |
| Printed: Patrick K. Elliott | As Clerk of the Court |
| Attorney for Plaintiffs | |

1 Except when suit is brought pursuant to section 768.28, Florida Statutes, if the State of Florida, one of its agencies, or one of its officials or employees sued in his or her official capacity is a defendant, the time to be inserted as to it is 40 days. When suit is brought pursuant to section 768.28, Florida Statutes, the time to be inserted is 30 days.

| Address: The Law Office of Patrick K. Elliott, PLLC | |
|---|---|
| 100 S. Ashley Drive, Suite 600 | By:_____ |
| Tampa, FL 33602 | As Deputy Clerk |
| Florida Bar No. : 1000970 | (813) 276-8100 |

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator, Hillsborough County Courthouse, 800 E. Twiggs Street, Room 604, Tampa, Florida 33602, (813) 272-7040, at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing impaired call 711.**

## IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book). If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named in the documents.

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica. Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

## IMPORTANT

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant à l'annuaire de telephones). Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

- 3 -

**IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
CIRCUIT CIVIL DIVISION**

**LAUREN K. MURPHY,**

    **Plaintiff,**

    **v.**                         **CASE NO.:**  **20-CA-3283**    **DIV H**

**GANDY SNF LLC,
S MANHATTAN AVE LLC,
and MICHAEL BLEICH,
AN INDIVIDUAL, d/b/a
GANDY CROSSING CARE CENTER,**
    **Defendant.**
_____/

**SUMMONS**

**THE STATE OF FLORIDA**:
To Each Sheriff of the State:

      **YOU ARE HEREBY COMMANDED** to serve this Summons, the Civil Cover Sheet, the Designation of Email Address and a copy of the Complaint on defendant:

**MICHAEL BLEICH**
4610 South Manhattan Ave.
Tampa, FL 33611

      Each defendant is required to serve written defenses to the complaint or petition on Patrick K. Elliott, plaintiff's attorney, whose address is The Law Office of Patrick K. Elliott, PLLC, 100 S. Ashley Drive, Suite 600, Tampa, FL 33602 within 20[1] days after the service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

Dated April 14, 2020

| /s/ Patrick K. Elliott | **PAT FRANK** |
|---|---|
| Printed: Patrick K. Elliott | As Clerk of the Court |
| Attorney for Plaintiffs | |

---

1 Except when suit is brought pursuant to section 768.28, Florida Statutes, if the State of Florida, one of its agencies, or one of its officials or employees sued in his or her official capacity is a defendant, the time to be inserted as to it is 40 days. When suit is brought pursuant to section 768.28, Florida Statutes, the time to be inserted is 30 days.

| Address: The Law Office of Patrick K. Elliott, PLLC<br>100 S. Ashley Drive, Suite 600<br>Tampa, FL 33602<br>Florida Bar No. : 1000970 | By: _V Phillips_<br>As Deputy Clerk<br>(813) 276-8100    04/15/2020 |

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator, Hillsborough County Courthouse, 800 E. Twiggs Street, Room 604, Tampa, Florida 33602, (813) 272-7040, at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing impaired call 711.**

**IMPORTANT**

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book). If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named in the documents.

**IMPORTANTE**

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica. Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

**IMPORTANT**

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones). Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

- 3 -

**IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
CIRCUIT CIVIL DIVISION**

**LAUREN K. MURPHY,**

    **Plaintiff,**

    **v.**                                  **CASE NO.:**  **20-CA-3283**    **DIV H**

**GANDY SNF LLC,
S MANHATTAN AVE LLC,
and MICHAEL BLEICH,
AN INDIVIDUAL, d/b/a
GANDY CROSSING CARE CENTER,**
    **Defendant.**

_____/

**<u>SUMMONS</u>**

**THE STATE OF FLORIDA:**
To Each Sheriff of the State:

    **YOU ARE HEREBY COMMANDED** to serve this Summons, the Civil Cover Sheet, the Designation of Email Address and a copy of the Complaint on defendant:

**S MANHATTAN AVE LLC**
c/o Corporation Service Company, Registered Agent
1201 Hays Street
Tallahassee, FL 32301

    Each defendant is required to serve written defenses to the complaint or petition on Patrick K. Elliott, plaintiff's attorney, whose address is The Law Office of Patrick K. Elliott, PLLC, 100 S. Ashley Drive, Suite 600, Tampa, FL 33602 within 20[1] days after the service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

Dated April 14, 2020

| | |
|---|---|
| /s/ Patrick K. Elliott | **PAT FRANK** |
| Printed: Patrick K. Elliott | As Clerk of the Court |

---

1 Except when suit is brought pursuant to section 768.28, Florida Statutes, if the State of Florida, one of its agencies, or one of its officials or employees sued in his or her official capacity is a defendant, the time to be inserted as to it is 40 days. When suit is brought pursuant to section 768.28, Florida Statutes, the time to be inserted is 30 days.

| Attorney for Plaintiffs<br>Address: The Law Office of Patrick K. Elliott, PLLC<br>100 S. Ashley Drive, Suite 600<br>Tampa, FL 33602<br>Florida Bar No. : 1000970 | By: *V Phillips*<br>As Deputy Clerk<br>(813) 276-8100    04/15/2020 |
| --- | --- |

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator, Hillsborough County Courthouse, 800 E. Twiggs Street, Room 604, Tampa, Florida 33602, (813) 272-7040, at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing impaired call 711.**

**IMPORTANT**

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book). If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named in the documents.

**IMPORTANTE**

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica. Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

**IMPORTANT**

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones). Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

**IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
CIRCUIT CIVIL DIVISION**

**LAUREN K. MURPHY,**

     **Plaintiff,**

     **v.**                          **CASE NO.:** **20-CA-3283    DIV H**

**GANDY SNF LLC,
S MANHATTAN AVE LLC,
and MICHAEL BLEICH,
AN INDIVIDUAL, d/b/a
GANDY CROSSING CARE CENTER,**
     **Defendant.**
_____/

**SUMMONS**

**THE STATE OF FLORIDA**:
To Each Sheriff of the State:

     **YOU ARE HEREBY COMMANDED** to serve this Summons, the Civil Cover Sheet, the Designation of Email Address and a copy of the Complaint on defendant:

**GANDY SNF LLC**
c/o Corporation Service Company, Registered Agent
1201 Hays Street
Tallahassee, FL 32301

     Each defendant is required to serve written defenses to the complaint or petition on Patrick K. Elliott, plaintiff's attorney, whose address is The Law Office of Patrick K. Elliott, PLLC, 100 S. Ashley Drive, Suite 600, Tampa, FL 33602 within 20[1] days after the service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

Dated April 14, 2020

| | |
|---|---|
| /s/ Patrick K. Elliott | **PAT FRANK** |
| Printed: Patrick K. Elliott | As Clerk of the Court |

---

1 Except when suit is brought pursuant to section 768.28, Florida Statutes, if the State of Florida, one of its agencies, or one of its officials or employees sued in his or her official capacity is a defendant, the time to be inserted as to it is 40 days. When suit is brought pursuant to section 768.28, Florida Statutes, the time to be inserted is 30 days.

| Attorney for Plaintiffs<br>Address: The Law Office of Patrick K. Elliott, PLLC<br>100 S. Ashley Drive, Suite 600<br>Tampa, FL 33602<br>Florida Bar No. : 1000970 | By: *V Phillips*<br>As Deputy Clerk<br>(813) 276-8100    04/15/2020 |
|---|---|

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator, Hillsborough County Courthouse, 800 E. Twiggs Street, Room 604, Tampa, Florida 33602, (813) 272-7040, at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing impaired call 711.**

**IMPORTANT**

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book). If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named in the documents.

**IMPORTANTE**

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica. Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

**IMPORTANT**

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones). Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

IN THE CIRCUIT COURT FOR THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
CIRCUIT CIVIL DIVISION

LAUREN K. MURPHY,
on behalf of herself and on behalf
of all others similarly situated,

       Plaintiff,

v.                                Case No.: 20-CA-3283

GANDY SNF LLC,
S MANHATTAN AVE LLC,
and MICHAEL BLEICH,
AN INDIVIDUAL, d/b/a
GANDY CROSSING CARE CENTER,

       Defendant.

_____/

**DEFENDANTS GANDY SNF LLC, AND S MANHATTAN AVE LLC'S UNOPPOSED
MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

       Defendants, GANDY SNF LLC and S MANHATTAN AVE LLC (collectively, "Defendants"), without opposition from Plaintiff, move the Court for a 15-day extension of time to respond to Plaintiff's Complaint. In support of this Motion, Defendants state as follows:

       1.      Plaintiff filed her Complaint on April 14, 2020. Plaintiff served the Complaint on the Defendants on April 20, 2020.[1] Accordingly, pursuant to Florida Rule of Civil Procedure 1.070(i)(4), Defendants' response to the Complaint is due by May 11, 2020.

       2.      Defendants recently retained the undersigned in this matter, and Defendants and their counsel have not had adequate time to investigate the claims asserted in the Complaint.

       3.      To that end, Defendants seek 14 additional days, up to and including May 26, 2020, to respond to the Complaint.

---

[1] Undersigned counsel also represents Michael Bleich, the individual defendant named in this action. However, Plaintiff has not served Mr. Bleich with the Complaint.

1

4.     This request for extension is made in good faith and not for purposes of delay.  The requested extension, moreover, will not prejudice any of the parties to this action.

WHEREFORE, for the foregoing reasons, Defendants Gandy SNF LLC and S Manhattan Ave LLC respectfully request an extension until and including May 26, 2020, to file a response to Plaintiff's Complaint.

## CERTIFICATE OF GOOD FAITH CONFERENCE

The undersigned hereby certifies that he conferred with Plaintiff's counsel regarding this motion in accordance with Administrative Order S-2016-061.  Plaintiff's counsel indicated that Plaintiff does not object to the requested relief.

DATED this 8th day of May, 2020.

Respectfully submitted,

**JACKSON LEWIS P.C.**

*/s/ Ashwin R. Trehan*
Ashwin R. Trehan
Florida Bar No. 0042675
ashwin.trehan@jacksonlewis.com
denise.dawson@jacksonlewis.com
tampadocketing@jacksonlewis.com
Emily C. Ayvazian
Florida Bar No. 1005563
emily.ayvazian@jacksonlewis.com
denise.dawson@jacksonlewis.com
tampadocketing@jacksonlewis.com
Wells Fargo Center
100 South Ashley Drive, Suite 2200
Tampa, Florida 33602
Telephone:       (813) 512-3210
Facsimile:       (813) 512-3211
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of May, 2020, I filed *Defendants Gandy SNF LLC and S Manhattan Ave LLC's Motion for Extension of Time to Respond to Plaintiff's Complaint* with the Clerk of Court through the Florida E-Filing Portal, which will electronically serve counsel for Plaintiff.

*/s/ Ashwin R. Trehan*
Attorney

4834-3895-5196, v. 1

# IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
# FOR HILLSBOROUGH COUNTY, FLORIDA
# CIRCUIT CIVIL DIVISION

Lauren K. Murphy
**Plaintiff**

**Case No:** 20-CA-003283

vs

**Division:** H

Gandy SNF LLC ; S MANHATTEN AVE LLC
**Defendant**

## ORDER ON DEFENDANTS GANDY SNF LLC, AND S MANHATTAN AVENUE LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

**THIS CAUSE**, having come before the Court, without hearing, upon the Defendants Gandy SNF LLC, and S Manhattan Avenue LLC's Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint, filed May 8, 2020, and the Court being fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that the Defendants Gandy SNF LLC, and S Manhattan Avenue LLC's Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint is GRANTED. Defendants Gandy SNF LLC and S Manhattan Avenue LLC shall have up to and including May 26, 2020 to respond to Complaint.

Done and Ordered in Hillsborough County, Florida this 11th day of May, 2020.

ELECTRONICALLY CONFORMED 5/11/2020

Emmett L. Battles, Judge

Copies Furnished To:

**Plaintiff**
Attorney: PATRICK K. ELLIOTT
THE LAW OFFICE OF PATRICK K. ELLIOTT
100 S ASHLEY DR STE 600
TAMPA, FL 33602

Lauren K. Murphy
100 S Ashley Drive
Suite 600
Tampa, FL 33602

**Defendant**
Gandy SNF LLC
1201 HAYS STREET
TALLAHASSEE, FL 32301

S MANHATTEN AVE LLC
1201 HAYS ST.
TALLAHASSEE, FL 32301

MICHAEL BLEICH

4610 South Manhattan Ave.
TAMPA, FL 33611

Attorney: ASHWIN ROBERT TREHAN
JACKSON LEWIS P.C.
100 S ASHLEY DR STE 2200
TAMPA, FL 33602