UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LAUREN K. MURPHY,

    Plaintiff,

v.        CASE NO.: 8:20-CV-1162-T-36TGW

GANDY SNF LLC,
S MANHATTAN AVE LLC, and
MICHAEL BLEICH, an individual, d/b/a
GANDY CROSSING CARE CENTER,

    Defendant.
_____/

## PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Plaintiff, Lauren K. Murphy ("Plaintiff"), hereby discloses the following pursuant to this Court's interested persons order:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% of more of a party's stock, and all other identifiable legal entities related to *any* party in this case:

    **Lauren K. Murphy – Plaintiff**

    **The Law Office of Patrick K. Elliott, PLLC – Counsel for Plaintiff**

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    **None.**

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

**None.**

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

**Lauren K. Murphy.**

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict

Dated May 22, 2020.

Respectfully submitted,

*/s/ Patrick K. Elliott*
**PATRICK K. ELLIOTT**
Florida. Bar Number: 1000970
**THE LAW OFFICE OF PATRICK K. ELLIOTT, PLLC**
100 S. Ashley Drive, Suite 600
Tampa, FL 33602
Direct Dial: (813) 379-3090
Facsimile: (813) 433-5126
Email: elliottp@employmentandconsumerlaw.com
Email: assistant@employmentandconsumerlaw.com
***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 22, 2020, the foregoing was electronically filed with the Clerk of Court via the CM/ECF system, which will send a notice of electronic filing to all counsel of record. I further certify that I mailed a true and accurate copy of the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

Michael Bleich
400 Rella Blvd, Suite #200
Montebello, NY 10901

/s/ Patrick K. Elliott
**PATRICK K. ELLIOTT**