**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**LAUREN K. MURPHY,**
on behalf of herself and on behalf
of all others similarly situated,

    **Plaintiff,**

v.                        Case No.: 8:20-cv-01162

**GANDY SNF LLC,**
**S MANHATTAN AVE LLC,**
**and MICHAEL BLEICH,**
**AN INDIVIDUAL, d/b/a**
**GANDY CROSSING CARE CENTER,**

    **Defendant.**

_____/

## DEFENDANTS' NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

__X__ IS    related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

        **Plaintiff filed a lawsuit in Hillsborough County Circuit Court (Case No. 20-CA-3283) that was removed to this Court.**

____ IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

    I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

DATED this 3rd day of June, 2020.

Respectfully submitted,

**JACKSON LEWIS P.C.**

*/s/ Ashwin R. Trehan*
Ashwin R. Trehan
Florida Bar No. 0042675
ashwin.trehan@jacksonlewis.com
denise.dawson@jacksonlewis.com
tampadocketing@jacksonlewis.com
Emily C. Ayvazian
Florida Bar No. 1005563
emily.ayvazian@jacksonlewis.com
denise.dawson@jacksonlewis.com
tampadocketing@jacksonlewis.com
Wells Fargo Center
100 South Ashley Drive, Suite 2200
Tampa, Florida 33602
Telephone:   (813) 512-3210
Facsimile:    (813) 512-3211
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 3rd day of June, 2020, a true and correct copy of *Defendants' Notice of Pendency of Other Actions* electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send notice to all counsel of record.

*/s/ Ashwin R. Trehan*
Attorney

4814-9250-5533, v. 1