**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**LAUREN K. MURPHY,**
on behalf of herself and on behalf
of all others similarly situated,

    **Plaintiff,**

v.                          Case No.: 8:20-cv-01162

**GANDY SNF LLC,
S MANHATTAN AVE LLC,
and MICHAEL BLEICH,
AN INDIVIDUAL, d/b/a
GANDY CROSSING CARE CENTER,**

    **Defendant.**
_____/

## DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Defendants GANDY SNF LLC and S MANHATTAN AVE LLC ("Defendants"),[1] disclose the following pursuant to Federal Rule of Civil Procedure 7.1 and the Court's interested persons order (D.E. 4):

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

    a. **Ashwin R. Trehan, Esq. (attorney for Defendants)**

---

[1] Defendant Michael Bleich has not been served with the Complaint.

    b. **Emily C. Ayvazian, Esq. (attorney for Defendants)**

    c. **Jackson Lewis P.C. (attorneys for Defendants)**

    d. **Gandy SNF LLC (Defendant)**

    e. **S Manhattan Ave LLC (Defendant)**

    f. **Michael Bleich (Defendant)**

    g. **Patrick K. Elliot, Esq. (attorney for Plaintiff)**

    h. **The Law Office of Patrick K. Elliot (attorney for Plaintiff)**

    i. **Lauren K. Murphy (Plaintiff)**

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    **None.**

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or 20 largest unsecured creditors) in bankruptcy cases:

    **None.**

4. The name of each victim individual or corporate of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

    **Lauren K. Murphy has alleged claims in this lawsuit.**

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

DATED this 3rd day of June, 2020.

        Respectfully submitted,

        **JACKSON LEWIS P.C.**

        */s/ Ashwin R. Trehan*
        Ashwin R. Trehan
        Florida Bar No. 0042675
        ashwin.trehan@jacksonlewis.com
        denise.dawson@jacksonlewis.com
        tampadocketing@jacksonlewis.com
        Emily C. Ayvazian
        Florida Bar No. 1005563
        emily.ayvazian@jacksonlewis.com
        denise.dawson@jacksonlewis.com
        tampadocketing@jacksonlewis.com
        Wells Fargo Center
        100 South Ashley Drive, Suite 2200
        Tampa, Florida 33602
        Telephone:    (813) 512-3210
        Facsimile:    (813) 512-3211
        *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 3rd day of June, 2020, a true and correct copy of *Defendants' Certificate of Interested Persons and Corporate Disclosure Statement* was electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send notice to all counsel of record.

        */s/ Ashwin R. Trehan*
        Attorney

4812-3979-8717, v. 1