**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**LAUREN K. MURPHY,**
on behalf of herself and on behalf
of all others similarly situated,

    Plaintiff,

v.                                                                        Case No.: 8:20-cv-01162

**GANDY SNF LLC,**
**S MANHATTAN AVE LLC,**
**and MICHAEL BLEICH,**
**AN INDIVIDUAL, d/b/a**
**GANDY CROSSING CARE CENTER,**

    Defendant.
_____/

## DEFENDANTS' NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Defendants, Gandy SNF LLC and S. Manhattan Ave LLC,[1] and Plaintiff, Lauren K. Murphy, have agreed to settle their dispute, and are in the process of reducing their agreement to writing.

DATED this 18th day of June, 2020.

                                            Respectfully submitted,

                                            **JACKSON LEWIS P.C.**

                                            */s/ Ashwin R. Trehan*
                                            Ashwin R. Trehan
                                            Florida Bar No. 0042675
                                            ashwin.trehan@jacksonlewis.com
                                            denise.dawson@jacksonlewis.com
                                            tampadocketing@jacksonlewis.com
                                            Emily C. Ayvazian
                                            Florida Bar No. 1005563
                                            emily.ayvazian@jacksonlewis.com
                                            denise.dawson@jacksonlewis.com

---

[1] The individual Defendant, Michael Bleich, was never served with the Complaint.

>tampadocketing@jacksonlewis.com
>Wells Fargo Center
>100 South Ashley Drive, Suite 2200
>Tampa, Florida 33602
>Telephone: (813) 512-3210
>Facsimile: (813) 512-3211
>*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 18, 2020, a true and correct copy of *Defendants' Notice of Settlement* was electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send notice to all counsel of record.

>*/s/ Ashwin R. Trehan*
>Attorney

4844-8343-3920, v. 1