# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**LAUREN K. MURPHY,**
on behalf of herself and on behalf
of all others similarly situated,

    Plaintiff,

v.                                     Case No.: 8:20-cv-01162

**GANDY SNF LLC,**
**S MANHATTAN AVE LLC,**
**and MICHAEL BLEICH,**
**AN INDIVIDUAL, d/b/a**
**GANDY CROSSING CARE CENTER,**

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Lauren K. Murphy and Defendants, Gandy SNF LLC and S. Manhattan Ave LLC,[1] by and through their respective attorneys and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, hereby dismiss the above-captioned lawsuit in its entirety, with prejudice. Each party will bear its own costs.

Jointly and respectfully submitted this 28th day of July, 2020.

| *For Plaintiff* | *For Defendants* |
|---|---|
| /s/ Patrick K. Elliott | /s/ Ashwin R. Trehan |
| **LAW OFFICES OF PATRICK K. ELLIOTT** | **JACKSON LEWIS P.C.** |
| Patrick K. Elliott | Ashwin R. Trehan |
| Florida Bar No.: | Florida Bar No. 0042675 |
| 100 S. Ashley Drive, Suite 600 | 100 S. Ashley Drive, Suite 2200 |
| Tampa, FL 33602 | Tampa, FL 33602 |

---

[1] The individual Defendant, Michael Bleich, was never served with the Complaint.

|  |  |
|---|---|
| Tel: (800) 563-1409 | Tel: (813) 512-3210 |
| Fax: (813) 433-5126 | Fax: (813) 512-3211 |
| Email: elliottp@employmentandconsumerlaw.com | Email: ashwin.trehan@jacksonlewis.com |

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on July 28th, 2020, a true and correct copy of the *Joint Stipulation of Dismissal with Prejudice* was electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send notice to all counsel of record.

/s/ Ashwin R. Trehan
Attorney

4822-4339-8853, v. 1