UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LAUREN K. MURPHY,
on behalf of herself and on behalf
of all others similarly situated,

      Plaintiff,

v.                                     Case No.: 8:20-cv-1162-T-36TGW

GANDY SNF LLC,
S MANHATTAN AVE LLC,
and MICHAEL BLEICH,
AN INDIVIDUAL, d/b/a
GANDY CROSSING CARE CENTER,

      Defendants.
_____/

## ORDER

Upon consideration of the parties' Joint Stipulation of Dismissal with Prejudice (Doc. 16), which comports with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action has been dismissed with prejudice by operation of Rule 41, on the terms agreed to and set out by the parties. Accordingly, it is hereby

**ORDERED** that the above-captioned cause is **DISMISSED** with prejudice. The Clerk is directed to terminate pending motions, if any, and **CLOSE** this case.

**DONE AND ORDERED** in Tampa, Florida on July 28, 2020.

Charlene Edwards Honeywell
United States District Judge

Copies to:
Counsel of Record and Unrepresented Parties, if any